UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KELIIKULI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Civil No. 2:25-cv-01864-CKD<br><br>ORDER |

Based on the stipulation of the parties (ECF No. 9), it is ordered that the Commissioner's decision regarding Plaintiff's eligibility for disability benefits under Title II of the Social Security Act be reversed and remanded to the Commissioner of Social Security for further administrative proceedings and a new decision pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. SO ORDERED.

Dated: October 27, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE